STEPHEN DANZ & ASSOCIATES
STEPHEN DANZ, SBN: 68318
11661 SAN VICENTE BLVD., SUITE 500
LOS ANGELES, CA 90049-5113
TEL:   (310) 207 4568
FAX:   (310) 207 5006
E-mail: SFDanz@aol.com

STEPHEN DANZ & ASSOCIATES
PIP N. SMITS, SBN 201430
505 NORTH ARROWHEAD AVENUE,
SUITE 104
SAN BERNARDINO, CA. 92401
TEL:   (909) 889-0456
FAX:   (909) 889-0330
E-mail: pnsmitslaw@msn.com

Attorneys for Plaintiff, LLOYD E. ALLNUTT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| LLOYD E. ALLNUTT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MCLANE FOODSERVICE, INC., a Texas corporation; WILLIAM JARVIS, an individual; SONJA NUNEZ, an individual; and DOES 1-100 INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 5:14-cv-01235-VAP-SP<br><br>REQUEST FOR DISMISSAL OF ENTIRE CASE.<br><br>Judge: Hon. Virginia A. Phillips<br><br>*Complaint filed on December 18, 2013* |

TO THIS HONORABLE COURT:

Please take notice that the Plaintiff hereby requests that the entire above-stated case be dismissed with prejudice, as the case settled on September 12, 2014.

Respectfully submitted,

Dated: September 25, 2014          STEPHEN F. DANZ & ASSOCIATES

_____
Stephen F. Danz
Pip N. Smits
Attorneys for
PLAINTIFF LLOYD ALLNUTT

IT IS SO ORDERED.
DATED: 10/27/14

_____
UNITED STATES DISTRICT JUDGE

REQUEST FOR DISMISSAL OF ENTIRE CASE